IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:10CR3077 |
| Plaintiff, | ) | |
| | ) | ORDER ON MOTION TO COMPEL |
| v. | ) | COUNSEL DENISE E. FROST, TO |
| | ) | PROVIDE PETITIONER WITH ALL |
| DAVID PAUL GORE III, | ) | REQUIRED DOCUMENTS OF HIS |
| | ) | PROCEEDINGS IN ORDER TO PREPARE |
| Defendant. | ) | HIS 28 U.S.C. § 2255 MOTION |
| | ) | |

In accordance with my Memorandum and Order on Motion to Compel Counsel Denise E. Frost to Provide Petitioner with all Required Documents of His Proceedings in Order to Prepare His 28 U.S.C. § 2255 Motion, ECF Filing No. 54, counsel Denise E. Frost filed a Certificate of Compliance, ECF filing 55. No response to the Certificate of Compliance having been received,

IT IS ORDERED that the Motion to Compel Counsel Denise E. Frost to Provide Petitioner with all Required Documents of His Proceedings in Order to Prepare His 28 U.S.C. § 2255 Motion, ECF Filing 54, is denied as moot.

Dated December 14, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge