IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3077 |
| v. | ) | |
| DAVID PAUL GORE III, | ) | ORDER ON MOTION FOR LEAVE TO WITHDRAW |
| Defendant. | ) | |

IT IS ORDERED that the Motion for Leave to Withdraw filed by Denise E. Frost, ECF No. 61, is granted.

Dated February 14, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge