IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3077 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID PAUL GORE III, | ) | MEMORANDUM AND ORDER ON |
| | ) | MOTION TO DISMISS |
| Defendant. | ) | |

David Paul Gore III has provided me with a letter dated April 3, 2012, asking that the Motion to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody, motion under 28 U.S.C. § 2255, filing 59, be "dismissed (withdrawn)."

IT IS ORDERED that:

1. the letter be filed as a Motion to Dismiss; and

2. the Motion to Dismiss is granted and the Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, motion under 28 U.S.C. § 2255, filing 59, is dismissed.

Dated April 11, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge